UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Witherspoon
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

In Re:

Sharifa Muhammad

Case No.: _____ 20-19411 _____

Judge: _____ RG _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ ,
creditor,

A hearing has been scheduled for _____, at _____.

☒  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ 1/17/24 _____, at _____.

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☒   Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):
I expect to pay in full on 1/12/24

☐ Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _12/12/23_____                    _/s/ Sharifa Muhammad_____
                                                    Debtor's Signature

Date: _____                  _____
                                                    Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*