| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>David Witherspoon<br>Attorney At Law<br>502 Bay Blvd<br>Seaside Heights, NJ 08751<br>732-250-2581 | Order Filed on June 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Sharifa Muhammad | Case No.: 20-19411<br>Chapter: 13<br>Judge: Rosemary Gambardella |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 5, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____483_____ for services rendered and expenses in the amount of $_____3_____ for a total of $_____486_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*