UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: **20-19411**

Adv. No.:

IN RE:

SHARIFA S. MUHAMMAD

Hearing Date:

Judge:  **RG**

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/26/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SHARIFA S. MUHAMMAD
181-183 SCHUYLER AVE
NEWARK, NJ  07112
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DAVID JEROME WITHERSPOON
LAW OFFICE OF DAVID WITHERSPOON
502 BAY BLVD.
SEASIDE HEIGHTS, NJ  08751
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  August 26, 2024

By:  /S/  Sheila Alvarado
Sheila Alvarado