| | |
|---|---|
| **David Witherspoon, Esq.** | **US Bankruptcy Court** |
| Attorney At Law | District of New Jersey |
| 502 Bay Blvd | |
| Seaside Heights, NJ 08751 | |
| 973-489-9005 | |

In Re:        **Sharifa S. Muhammad**                    20-19411 RG

}

}

_____

## Attorney Certification

As Attorney of record, I am familiar with the facts of this case.

1. I am withdrawing the objection to trustee cert. of default.


/s/David Witherspoon            September 27, 2024

David Witherspoon