Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−19411−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharifa S. Muhammad
   181−183 Schuyler Ave
   Newark, NJ 07112

Social Security No.:
   xxx−xx−3081

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19411-RG |
| Sharifa S. Muhammad | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharifa S. Muhammad, 181-183 Schuyler Ave, Newark, NJ 07112-3183 |
| 518921216 | + | Home Credit, Attn: Bankruptcy, Po Box 2394, Omaha, NE 68103-2394 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Oct 09 2024 20:35:32 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | EDI: PRA.COM | Oct 10 2024 00:21:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518921209 | | Email/Text: CSBankruptcy@austincapitalbank.com | Oct 09 2024 20:36:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 518921210 | + | EDI: CAPITALONE.COM | Oct 10 2024 00:21:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518921212 | + | EDI: WFNNB.COM | Oct 10 2024 00:21:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518921213 | + | EDI: WFNNB.COM | Oct 10 2024 00:21:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518921214 | + | EDI: CONVERGENT.COM | Oct 10 2024 00:21:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 518923564 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 09 2024 21:10:17 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518921215 | + | EDI: AMINFOFP.COM | Oct 10 2024 00:21:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518921211 | | EDI: JPMORGANCHASE | Oct 10 2024 00:21:00 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 518921217 | | Email/Text: ml-ebn@missionlane.com | Oct 09 2024 20:36:00 | Mission Lane, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30304 |
| 518921218 | + | EDI: AGFINANCE.COM | Oct 10 2024 00:21:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

Case 20-19411-RG   Doc 76   Filed 10/11/24   Entered 10/12/24 00:18:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 518988505 | + Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 09 2024 20:48:11 | | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 518985212 | EDI: Q3G.COM<br>Oct 10 2024 00:21:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518921219 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Oct 09 2024 20:36:00 | | Specialized Loan Servicing, 8742 Lucent Blvd-Ste 300, Littleton, CO 80129-2386 |
| 518926704 | EDI: AISTMBL.COM<br>Oct 10 2024 00:21:00 | | Sprint Corp, Attention Bankruptcy Dept, PO BOX 7949, Overland Park, KS 66207-0949 |
| 518921220 | + Email/Text: bankruptcy.notices@sunrisebanks.com<br>Oct 09 2024 20:36:00 | | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 518923046 | ^ MEBN<br>Oct 09 2024 20:36:20 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518921221 | + EDI: SYNC<br>Oct 10 2024 00:21:00 | | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518921222 | + EDI: SYNC<br>Oct 10 2024 00:21:00 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518921223 | ^ MEBN<br>Oct 09 2024 20:36:38 | | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519014026 | + Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Oct 09 2024 20:36:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519448149 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Oct 09 2024 20:37:00 | | U.S. Bank, N.A., successor trustee to LaSalle Ban, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank, N.A., successor trustee to La, Serviced by Select Portfolio Servicing, |
| 519448148 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Oct 09 2024 20:37:00 | | U.S. Bank, N.A., successor trustee to LaSalle Ban, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518986041 | + EDI: AIS.COM<br>Oct 10 2024 00:21:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024           Signature:    /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Jerome Witherspoon | on behalf of Debtor Sharifa S. Muhammad daveslaw321@gmail.com  prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset-Backed Certificates Series 2007-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank  N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE6, Asset-Backed Certificates Series 2007-HE6 dmcdonough@flwlaw.com, NRodriguez@flwlaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6